| | |
|---|---|
| 1 | W. SCOTT QUINLAN, 101269 |
| 2 | Attorney at Law<br>2333 Merced Street |
| 3 | Fresno, Ca 93721<br>Telephone: (559) 442-0634 |
| 4 | Facsimile: (559) 233-6947 |
| 5 | Attorney for Defendant LETICIA BEDOLLA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LETICIA BEDOLLA,<br><br>　　　　　Defendant. | No. 1:17-CR-00081 DAD-BAM<br><br>**RULE 43(b)(3) WAIVER OF PERSONAL APPEARANCE ; ORDER** |

　　Defendant LETICIA BEDOLLA is charged with sixteen felony offenses in this proceeding. Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents to appearance through counsel W. Scott Quinlan, without Defendant's presence, at any pre-trial status or motion not involving an evidentiary hearing. Defendant requests that the Court allow her to appear through counsel of record at such proceedings, unless otherwise ordered by the Court.

Dated: <u>April 18, 2017</u>　　　　　　　　　/s/ Leticia Bedolla
　　　　　　　　　　　　　　　　　　　　　LETICIA BEDOLLA,
　　　　　　　　　　　　　　　　　　　　　Defendant

1

| | |
|---|---|
| Dated: April 25, 2017 | /s/ W. Scott Quinlan<br>W. SCOTT QUINLAN, Attorney for<br>Defendant, LETICIA BEDOLLA |

**ORDER**

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: **May 3, 2017** | /s/ *Barbara A. McAuliffe*<br>UNITED STATES MAGISTRATE JUDGE |