MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
KURT A. DIDIER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA C. BEDOLLA,<br><br>Defendant. | Case No.: 1:17-CR-00081 DAD-BAM<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

    Plaintiff United States of America and defendant Leticia C. Bedolla through their authorized representatives (the Movants), hereby move for an order authorizing Defendant to deposit $105,847.00 into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

    1.    On March 30, 2017, a federal grand jury returned an indictment charging Defendant with Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Tax Return (Counts 1-16) in violation of 26 U.S.C. § 7206(2). ECF No. 1.

    2.    The Movants have a negotiated resolution of the case as memorialized by their signed plea agreement dated October 5, 2018 (the Plea Agreement). Pursuant to the Plea Agreement, the Movants agree that Defendant owes her victim $105,747.00 in restitution and that Defendant shall pay

the restitution amount plus a $100 special assessment as set forth below.

The Movants thus agree that:

1. Defendant shall pay the $105,747.00 restitution plus the $100 special assessment (the Deposit) by October 31, 2018 to the clerk of court as specified in the accompanying order. The Deposit shall remain in the Court's deposit fund pending Defendant's sentencing in this case, or upon further order of the Court.

2. The Deposit shall, upon sentencing, be applied towards the restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

Respectfully submitted,

FOR THE UNITED STATES:  MCGREGOR W. SCOTT
  United States Attorney
Dated: October 31, 2018

By:  /s/ *Henry Z. Carbajal*
  HENRY Z. CARBAJAL
  KURT A. DIDIER
  Assistant United States Attorneys

FOR DEFENDANT LETICIA C. BEDOLLA:

Dated: October 24, 2018  /s/ *Leticia C. Bedolla*
  LETICIA C. BEDOLLA

APPROVED AS TO FORM AND CONTENT:

Dated: October 30, 2018

  /s/ *Nicholas A. Capozzi*
  NICHOLAS ANTHONY CAPOZZI
  Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendant Leticia C. Bedolla shall deliver a cashier's or certified check to the Clerk of Court by October 31, 2018 in the amount of $105,847.00, representing the $105,747.00 restitution amount plus the $100 special assessment.

2. Defendant shall make the check payable to the Clerk of Court and, in the note section of the check, state the case name and number (US v. Bedolla, Case No. 1:17-cr-00081-DAD-BAM). Defendant shall deliver the check to the Clerk of Court, Robert E. Coyle Federal Courthouse, Room 1501, 2500 Tulare Street, Fresno, CA 93721.

3. Upon receipt, the Clerk shall promptly DEPOSIT Defendant's $105,847.00 payment into the Court's deposit fund.

4. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the Defendant's criminal case.

5. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the assessment and restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

Dated: **October 31, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE